CLAUDIA G. SILVA, County Counsel
By: AUSTIN M. UHLER, Senior Deputy (SBN 319684)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 318-7865  Fax: (619) 531-6005
E-mail: austin.uhler@sdcounty.ca.gov

Attorneys for Defendants Migell Acosta, Ebony Shelton, San Diego County Library, Board of Supervisors of County of San Diego, and County of San Diego

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HUBBELL and ANNETTE HUBBELL PRODUCTIONS,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIGELL ACOSTA, in his personal and official capacity as Director of the San Diego County Library; EBONY SHELTON, in her official capacity as Chief Administrative Officer of San Diego County; SAN DIEGO COUNTY LIBRARY; SAN DIEGO COUNTY BOARD OF SUPERVISORS; and the COUNTY OF SAN DIEGO,<br><br>    Defendants. | No. 25-cv-01105-JAH-SBC<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date:            July 16, 2025<br>Time;            2:30 p.m.<br>Courtroom:       13B<br>District Judge:  Hon. John A. Houston<br>Magistrate Judge: Hon. Steve B. Chu |

## NOTICE OF MOTION AND MOTION

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 16, 2025, at 2:30 p.m. or as soon thereafter as counsel may be heard in Courtroom 13B of the above-entitled Court, located at 333 West Broadway, San Diego, California, and before the Honorable John A. Houston, Defendants Migell Acosta, Ebony Shelton, San Diego County Library, Board of Supervisors of the County of San Diego, and the County of San Diego ("Defendants") will and hereby do move under Federal Rule of Civil Procedure 12(b)(6) for an order dismissing both the Complaint filed by Plaintiffs Annette Hubbell and Annette Hubbell Productions and this entire action with prejudice.

The motion is made on the grounds that Plaintiffs' claims, as a matter of law, cannot be maintained against Defendants due to Defendants' speech rights.

The motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Austin M. Uhler and the Exhibit attached thereto, the complete files and record of this action, and such other matters as may be presented to the Court before or at the hearing.

DATED: May 28, 2025                              CLAUDIA G. SILVA, County Counsel

                                                 By:   s/ Austin M. Uhler
                                                       AUSTIN M. UHLER, Senior Deputy
                                                 Attorneys for Defendants Migell Acosta,
                                                 Ebony Shelton, San Diego County Library,
                                                 Board of Supervisors of County of San
                                                 Diego, and County of San Diego