ANDREW R. QUINIO, Cal. Bar No. 288101
Email: aquinio@pacificlegal.org
*Lead Counsel*
Larry Salzman, Cal. Bar No. 224727
Email: lsalzman@pacificlegal.org
*Local Southern District of California Counsel*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Christopher D. Barnewolt, D.C. Bar No. 90020413*
Email: cbarnewolt@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747

*Attorneys for Plaintiff*
*pro hac vice

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HUBBELL and ANNETTE HUBBELL PRODUCTIONS,<br><br>Plaintiffs,<br><br>v.<br><br>MIGELL ACOSTA, in his personal and official capacity as Director of the San Diego County Library; EBONY SHELTON, in her official capacity as Chief Administrative Officer of San Diego County; SAN DIEGO COUNTY LIBRARY; SAN DIEGO COUNTY BOARD OF SUPERVISORS; and the COUNTY OF SAN DIEGO,<br><br>Defendants. | No. 3:25-cv-01105-JAH-SBC<br><br>**JOINT MOTION TO STAY PROCEEDINGS**<br><br>Judge: Hon. John A. Houston<br>Court Room: 13B |

Plaintiffs Annette Hubbell and Annette Hubbell Productions ("Plaintiffs") and Defendants Migell Acosta, in his personal and official capacity as Director of the San Diego County Library; Ebony Shelton, in her official capacity as Chief Administrative Officer of San Diego County; San Diego County Library; San Diego County Board of Supervisors; and the County of San Diego ("Defendants") (collectively, the "Parties"), pursuant to Local Rule 7.2(b) and the Court's inherent powers, respectfully request this Court to enter an Order temporarily staying proceedings, including the issuance of a decision on the pending Motion to Dismiss, while the Parties engage in settlement discussions toward potential resolution of this matter. In support of this Joint Motion, the Parties state the following:

1. Plaintiffs filed their Complaint on May 1, 2025, asserting claims under the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution; 42 U.S.C. § 1981; 42 U.S.C. § 2000d *et seq.*, and Art. I, § 31 of the California Constitution. (Dkt. No. 1).

2. On May 28, 2025, Defendants moved to dismiss Plaintiffs' Complaint. (Dkt. No. 8).

3. Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on July 2, 2025. (Dkt. No. 12). Defendants submitted their Reply to Plaintiffs' Opposition on July 9, 2025. (Dkt. No. 13).

4. Since July 31, 2025, the Parties have discussed settlement of this matter. The Parties believe that a stay is necessary to conserve their resources and the Court's resources to resolve Plaintiffs' claims.

5. This Court has broad discretion to stay proceedings as incidental to its power to control its own docket—particularly where, as here, a stay would promote judicial economy and efficiency. *See Dependable Highway Express, Inc. v. Navigators Ins. Co.*, 498 F.3d 1059,

1066 (9th Cir. 2007) (noting "a district court possesses the inherent power to control its docket and promote efficient use of judicial resources"); *see also Mendez v. Optio Sols., LLC*, 239 F. Supp. 3d 1229, 1232 (S.D. Cal. 2017).

6. Good cause exists to grant a temporary stay because of the Parties' efforts to resolve their dispute through settlement. *See Ameranth, Inc. v. Chownow, Inc.*, No. 3:20-CV-02167-BEN-BLM, 2021 WL 3929664, at *2 (S.D. Cal. Sept. 1, 2021) (finding good cause to extend deadline to respond to amended claims for purpose of pursuing settlement discussions). Further, a stay of proceedings will not prejudice the Parties or cause unreasonable delay.

7. If the Parties do not file a Notice of Settlement with the Court within 30 days of the Court granting a stay of this matter, the parties will file a joint status report regarding their settlement discussions.

8. Therefore, the Parties agree and request that the Court stay these proceedings to allow the Parties time to continue settlement discussions.

DATED: Sept. 3, 2025.

Respectfully submitted,

| | |
|---|---|
| ANDREW R. QUINIO<br>CHRISTOPHER D. BARNEWOLT*<br>PACIFIC LEGAL FOUNDATION<br><br>By: s/ Andrew R. Quinio<br>ANDREW R. QUINIO<br><br>*Attorney for Plaintiff*<br>Email: aquinio@pacificlegal.org<br>*pro hac vice | DAVID J. SMITH, Acting County Counsel<br><br>By: s/ Austin M. Uhler<br>AUSTIN M. UHLER,<br>Senior Deputy (SBN 319684)<br>Office of County Counsel, County of San Diego<br>1600 Pacific Highway, Room 355<br>San Diego, California 92101-2469<br>Telephone: (619) 318-7865<br>Fax: (619) 531-6005 |

*Attorneys for Defendants Migell Acosta, Ebony Shelton, San Diego County Library, Board of Supervisors of County of San Diego, and County of San Diego*
Email: austin.uhler@sdcounty.ca.gov