ANDREW R. QUINIO, Cal. Bar No. 288101
Email: aquinio@pacificlegal.org
*Lead Counsel*
Larry Salzman, Cal. Bar No. 224727
Email: lsalzman@pacificlegal.org
*Local Southern District of California Counsel*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Christopher D. Barnewolt, D.C. Bar No. 90020413*
Email: cbarnewolt@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747

*Attorneys for Plaintiffs*
*pro hac vice

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HUBBELL and ANNETTE HUBBELL PRODUCTIONS,<br><br>Plaintiffs,<br><br>v.<br><br>MIGELL ACOSTA, in his personal and official capacity as Director of the San Diego County Library; EBONY SHELTON, in her official capacity as Chief Administrative Officer of San Diego County; SAN DIEGO COUNTY LIBRARY; SAN DIEGO COUNTY BOARD OF SUPERVISORS; and the COUNTY OF SAN DIEGO,<br><br>Defendants. | No. 3:25-cv-01105-JAH-SBC<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. John A. Houston<br>Court Room: 13B |

TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiffs Annette Hubbell and Annette Hubbell Productions ("Plaintiffs") and Defendants Migell Acosta, in his personal and official capacity as Director of the San Diego County Library; Ebony Shelton, in her official capacity as Chief Administrative Officer of San Diego County; San Diego County Library; San Diego County Board of Supervisors; and the County of San Diego ("Defendants") (collectively, the "Parties"), have reached an agreement to resolve all claims between Plaintiffs and Defendants pending in this action.

Plaintiffs and Defendants are in the process of drafting and executing the formal settlement agreement and related dismissal papers. The Parties expect that the final executed Joint Stipulation of Dismissal of all claims will be filed within 30 days.

DATED: October 10, 2025.

Respectfully submitted,

| | |
|---|---|
| ANDREW R. QUINIO<br>CHRISTOPHER D. BARNEWOLT*<br>PACIFIC LEGAL FOUNDATION<br><br>By: s/ Andrew R. Quinio<br>ANDREW R. QUINIO<br><br>*Attorney for Plaintiff*<br>aquinio@pacificlegal.org<br>*pro hac vice | DAVID J. SMITH, Acting County Counsel<br><br>By:  s/ Austin M. Uhler<br>AUSTIN M. UHLER,<br>Senior Deputy (SBN 319684)<br>Office of County Counsel, County of San Diego<br>1600 Pacific Highway, Room 355<br>San Diego, California 92101-2469<br>Telephone: (619) 318-7865<br>Fax: (619) 531-6005<br>*Attorneys for Defendants Migell Acosta, Ebony Shelton, San Diego County Library, Board of Supervisors of County of San Diego, and County of San Diego*<br>austin.uhler@sdcounty.ca.gov |